389 A.2d 200

Commonwealth v. Ponder, Appellant.

Submitted November 23, 1977. Jay S. Nedell, for appellant; Frank J. Scutella, Assistant District Attorney, and Robert H. Chase, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

HOFFMAN, J., dissented and would remand for a hearing pursuant to *Commonwealth v. Twiggs*, 460 Pa. 105, 331 A.2d 440 (1975).

WATKINS, former P. J., did not participate in the consideration or decision of this case.